FILED

2020 Dec-29  AM 09:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| KAREN CARTER, individually, and on behalf of all similarly situation persons, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: 2:20-cv-01700-SGC |
| | ) | |
| BANKHEAD TOWERS APARTMENTS, LTD, LLC, et al, | ) ) | |
| | ) | |
| Defendants. | ) | |

## DISCLOSURE STATEMENT

**COME NOW** Defendants, Bankhead 2192 AL LLC, Millennia Housing Management LTD, and Millennia Housing Development LTD, LLC, and in compliance with local Rule 3.4 submit the following Disclosure Statement.

All of these Defendants are privately owned entities, and they have no parent companies, subsidiaries or affiliates that have issued shares or debt securities to the public.

Bankhead 2192 AL, LLC owns the building involved in this action, which is known as "Bankhead Towers." Millennia Housing Management, LTD performs certain maintenance on the subject building. Millennia Housing Development LTD, LLC has no involvement with the subject building, and these Defendants submit that it has been improperly included as a Defendant in this case.

*/s/ C. Peter Bolvig, Esq.*
C. Peter Bolvig, Esq.  (ASB-1853-G55C)
Attorney for Defendants, Bankhead 2192 AL LLC, Millennia Housing Management LTD, and Millennia Housing Development LTD, LLC

**OF COUNSEL:**
Mudd, Bolvig, Luke & Wells, LLC
2011 4th Avenue North
Birmingham, AL 35203
205-639-5300
pbolvig@wmslawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 29th day of December, 2020, a copy of the foregoing was served on all counsel of record in this cause by on or more of the following in accordance with the Federal Rules of Civil Procedure:

Constantin Post                              [X] AlaFile/CM-ECF electronic filing
Rachael T. Scheznailder                      [ ] E-mail, delivery receipt requested
Slocumb Law Firm, LLC                        [ ] U.S. Mail
2 20th Street North, Suite 1320              [ ] Hand Delivery
Birmingham, Alabama 35203                    [ ] Facsimile
cpost@slocumblaw.com
rachaels@slocumblaw.com

*/s/ C. Peter Bolvig*
OF COUNSEL

2