# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| KAREN CARTER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 2:20-cv-01700-NAD |
| BANKHEAD 2192 AL LLC, *et al.*, | ) ) ) ) |
| Defendants. | ) |

## ORDER GRANTING MOTION TO CONTINUE
## & AMENDED SCHEDULING ORDER

**I.  Order granting motion to continue**

On September 24, 2021, the parties in this case filed a joint "Motion for an Extension of Time to Complete Discovery and Motion to Continue."  Doc. 24. The court held a Zoom status conference in this case on September 28, 2021, and directed the parties to file a joint report providing new proposed deadlines.  Doc. 25.

Upon review of the parties' proposed deadlines (*see* Doc. 26), and as discussed during the September 28, 2021 status conference, the court **GRANTS** the joint motion for an extension (Doc. 24), and enters the following amended scheduling order[1]:

---

[1] The deadline for the parties to amend the pleadings and parties has passed (*see*

## II.   Amended scheduling order

1. **Dispositive Motions:** All potentially dispositive motions must be filed no later than September 4, 2022.

2. **Expert Testimony:** Unless modified by stipulation of the parties, the disclosures of expert witnesses—including a complete report under Fed. R. Civ. P. 26(a)(2)(B) from any specially retained or employed expert—are due:

   From plaintiff:           by May 1, 2022

   From defendants:       by June 15, 2022

3. **Discovery limitations and cutoff:**

   (a)   Unless modified by stipulation of the parties:

   **Depositions:**            Maximum of 15 by each side.

   **Interrogatories:**        Maximum of 40 by any party directed to any other party.

   **Requests for Production:**   Maximum of 40 by any party directed to any other party.

   **Requests for Admission:**    Maximum of 30 by any party directed to any other party.

   (b)   Unless modified by court order for good cause shown:

   **Supplementation:** Supplementation of disclosures and discovery under Fed. R. Civ. P. 26(e) is due within a reasonable period of time after discovery of such information, but all such supplementation shall be provided by July 5, 2022.

---

Doc. 18), and the parties have not proposed a new deadline.

      **Deadline:** All discovery pertaining to the issue of class certification must be commenced in time to be completed by April 4, 2022, with all other discovery to be completed by August 4, 2022.

      **Privileged Material:** Pursuant to Fed. R. Evid. 502(b) and (d), the inadvertent disclosure of any privileged communication, information, document, or ESI shall not operate as a waiver of the privilege in this or any other proceeding to the extent the producing party complies with the requirements of Fed. R. Evid. 502(b) and Fed. R. Civ. P. 26(b)(5)(B).

4. **Additional conferences:** The parties shall conduct an in-person settlement conference no later than July 21, 2022. Within five (5) days of this conference, counsel shall separately and confidentially send an email to chambers at danella_chambers@alnd.uscourts.gov, stating only whether a settlement was reached and, if not, whether the parties are amenable to mediation. A pretrial conference will be scheduled in a separate order after the deadline for dispositive motions.

5. **Final lists:** The court will establish deadlines for the exchange and filing of final witness and exhibit lists and objections under Fed. R. Civ. P. 26(a)(3) at the pretrial conference.

6. **Trial:** The parties shall be ready for trial, to be scheduled by separate order, by December 1, 2022.

7. **Other Agreements Incorporated:** The report of parties (Doc. 17) may memorialize agreements not reflected here. This order incorporates any such agreements to the extent they do not conflict with the express terms of this order or any other order entered in this case.

      **DONE** and **ORDERED** this October 13, 2021.

_____
**NICHOLAS A. DANELLA**
UNITED STATES MAGISTRATE JUDGE