IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KAREN CARTER, individually, and on behalf of all similarly situation persons, </br></br>  Plaintiff, </br></br> v. </br></br> BANKHEAD TOWERS APARTMENTS, LTD, LLC, et al, </br></br>  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) )  CASE NO.: 2:20-cv-01700-SGC |

**JOINT MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE**

**COME NOW,** the parties by and through their undersigned counsel of record, and jointly move the Court to extend the dispositive motion deadline, and in support thereof show unto the Court as follows:

1. The Court previously entered an Order setting a dispositive motion deadline of January 20, 2023. When the Court set this deadline, it was indicated that the Court would entertain extending the deadline if the parties were making progress toward resolution.

2. The parties believe they are making progress toward resolution, although progress is slower than expected.

3. The parties jointly request a 31 day extension of the dispositive motion deadline, as they believe that the cost associated with preparing such a Motion for Summary for Judgment would impair the ability to resolve the case.

77408537.1 fpr

1

Wherefore, premises considered, the parties jointly pray that the Court will extend the dispositive motion deadline to February 20, 2023.

| | |
|---|---|
| */s/ Perry Jackson* | */s/ C. Peter Bolvig* |
| Perry Jackson | C. Peter Bolvig, Esq.  (BOL008) |
| Slocumb Law Firm, LLC | Hall Booth Smith, P.C. |
| 2 20th Street North, Suite 1320 | 2001 Park Place, Suite 870 |
| Birmingham, Alabama 35203 | Birmingham, Alabama 35203 |
| pjackson@slocumblaw.com | pbolvig@hallboothsmith.com |
| | |
| *Attorney for KAREN CARTER* | *Attorney for Defendants, Bankhead 2192 AL LLC and Millennia Housing Management LTD* |