# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| KAREN CARTER, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:20-cv-01700-NAD |
| BANKHEAD 2192 AL LLC, et al., | ) |
| Defendants. | ) |

## ORDER

The court, having been advised that a settlement has been reached, **DISMISSES** this case **WITHOUT PREJUDICE**. The court retains jurisdiction to reinstate the case if any party represents to the court **on or before May 29, 2023**, that final settlement documentation could not be completed. The parties may request additional time to file dismissal documents if necessary. If the court does not hear from the parties by May 29, 2023, then the dismissal will convert to a dismissal with prejudice. All pending deadlines and settings in this case are cancelled.

**DONE** and **ORDERED** this March 30, 2023.

_____
**NICHOLAS A. DANELLA**
UNITED STATES MAGISTRATE JUDGE